**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ARMEL J. BAXTER, : No. 5 MAL 2024
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
TIMES LEADER, TIMES LEADER MEDIA :
GROUP, A CIVITAS MEDIA LLC CO., AND :
EDWARD LEWIS, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.